# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:03CR00036-002 |
| ISAAC LINDSEY HUEY ) | USM No: 17794-058 |
| Date of Previous Judgment: June 15, 2004 ) | Richard Brown |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __60 (Ct. 1)__ months **is reduced to** __54 months (Ct. 1)__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __35__     Amended Offense Level: __33__
Criminal History Category: __III__     Criminal History Category: __III__
Previous Guideline Range: __210__ to __262__ months     Amended Guideline Range: __168__ to __210__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):  He is also serving a 60-month consecutive sentence in Count Eleven for a violation of 18 U.S.C. § 924(c).
While Defendant is eligible for a reduction of up to 49 months, the Court finds based on the nature and circumstances of the offense and the history and characteristics of the Defendant that an amended sentence of 54 months is the minimal sentence sufficient to accomplish the objectives of sentencing (18 U.S.C. 3553(a)).

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __June 15, 2004__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __May 21, 2009__

Frank D. Whitney
United States District Judge

Effective Date: _____
(if different from order date)