| | | | |
|---|---|---|---|
| To: | The Honorable Frank D. Whitney<br>Chief U.S. District Court Judge | FILED<br>CHARLOTTE, NC |  |
| From: | Michael M. Bonelli<br>Senior U.S. Probation Officer | DEC 4 2015 | |
| Subject: | Issac Lindsey Huey<br>Case Number: 0419 3:03CR00036- 002<br>**REQUEST TO DESTROY SEIZED PROPERTY** | U.S. DISTRICT COURT<br>WESTERN DISTRICT OF NC | **NORTH CAROLINA WESTERN**<br>**MEMORANDUM** |
| Date: | 12/2/2015 | | |

---

On 06/15/2004, the defendant was sentenced pursuant to a conviction for Conspiracy to Possess With Intent to Distribute Cocaine and Cocaine Base (21 U.S.C. 846) and Use and Carry a Firearm During and in Relation to a Drug Trafficking Crime and Aiding and Abetting the Same (18 U.S.C. 924(c)). He was ordered to serve a term of imprisonment Count 1: 120 months, Count 11: 60 months to run consecutively with count 1 for a total of 180 months. Upon release, the defendant was ordered to serve a term of supervised release: Counts 1 & 11: Five years, each count to run concurrently.

The following property was seized from the defendant during his supervision term: 1) 1.9 Grams Powder Cocaine, 2) 7.7 Grams Crack Cocaine, and 3) 5.7 Grams Crack Cocaine. These items were seized from the defendant's residence on 04/17/2014. His term of supervised release was revoked on 08/13/2014, and he was ordered to serve Thirty-seven (37) months imprisonment to be followed by a 23-month term of supervised release. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7644, should you have any questions.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: December 2, 2015

Frank D. Whitney
Chief United States District Judge